# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br><br>ESTEVAN CUEVAS-GARCIA,<br><br>          Defendant | Case No. 18-CR-01294-DMS<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, ESTEVAN CUEVAS-GARCIA, be granted. The dismissal shall be without prejudice.

**SO ORDERED.**

Dated: September 28, 2018

_____
Hon. Dana M. Sabraw
United States District Judge